UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BRIAN FERNANDO,

                              Plaintiff,                      **ORDER**

                  v.                                           25-CV-3885
                                                                 (Marutollo, M.J.)
THE NEW YORK TIMES COMPANY,

                              Defendant.
------------------------------------------------------------------------x

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

        On July, 9 2025, *pro se* Plaintiff Brian Fernando filed a complaint against Defendant The New York Times Company (Dkt. No. 1) and an application to proceed *in forma pauperis* (Dkt. No. 2).

        Plaintiff's application to proceed *in forma pauperis,* Dkt. No. 2, is **GRANTED**.

        The Clerk of Court is directed to issue summonses against Defendant, and the United States Marshals Service is directed to serve the summons, complaint, and a copy of this Order upon Defendant without prepayment of fees.

        The Clerk of Court is further directed to send a copy of this Order to the *pro se* Plaintiff.

Dated:     Brooklyn, New York                **SO ORDERED.**
             July 14, 2024

                                                        */s/ Joseph A. Marutollo*
                                                      JOSEPH A. MARUTOLLO
                                                      United States Magistrate Judge